IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROBERT PETRILINO GRINE,**

    **Plaintiff,**

 v.                                                                                        No. 14-cv-0108 JCH/SMV

**CAROLYN W. COLVIN, Acting Commissioner of**
**Social Security Administration,**

    **Defendant.**

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff filed this action on February 7, 2014, appealing the final decision of the Social Security Administration, which denied his claim for social security disability benefits. [Doc. 1]; Tr. 50 (indicating the type of benefits claim at issue). Plaintiff's Motion to Reverse or Remand Administrative Agency Decision ("Motion") was due by July 30, 2014. [Doc. 12]. To date, Plaintiff has filed no Motion, nor has he requested an extension of time to do so.

**IT IS THEREFORE ORDERED** that Plaintiff show cause within 21 days why his case should not be dismissed without prejudice for failure to prosecute his claims.

**IT IS SO ORDERED**.

                                                      **STEPHAN M. VIDMAR**
                                                      **United States Magistrate Judge**